NELLIE E. SMITH, Appellant, *v.* ARTHUR P. SMITH, Respondent.

*Appeal — failure to file undertaking or prosecute appeal.*

*Smith* v. *Smith*, 214 App. Div. 751, appeal dismissed.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1925, which affirmed an order of Special Term granting a motion to modify a final judgment of divorce.

The motion was made upon the ground of failure to file the required undertaking and otherwise prosecute the appeal.

*Isadore Bookstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.